IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* SIDESOLVE, LLC,<br><br>    Plaintiffs,<br><br>v.<br><br>EMPIRE ROOFING, INC.; EMPIRE ROOFING COMPANIES, INC.; EMPIRE ROOFING OF OKLAHOMA, INC.; EMPIRE ROOFING AND SHEET METAL, INC.; SR DISPOSAL, LTD f/k/a EMPIRE DISPOSAL, LTD; EMPIRE ROOFING COMPANY SOUTHEAST, LLC; EMPIRE ROOFING COMPANY OF GEORGIA, LLC; RONNIE MCGLOTHLIN; SANDRA SEDILLO-MCGLOTHLIN; AND TECTA AMERICA CORP.,<br><br>    Defendants. | Civil Action No. 3:22-cv-2060-B<br><br>FILED IN SEALED CASE |

### ORDER GRANTING THE UNITED STATES' NOTICE OF ELECTION TO INTERVENE IN PART FOR PURPOSES OF SETTLEMENT AND TO DECLINE TO INTERVENE IN PART AND REQUEST TO UNSEAL

The United States having intervened in part in this action and having declined to intervene in part in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(2) and (4), the Court rules as follows:

IT IS ORDERED that,

1. The relator's complaint (Doc. 2), the United States' Notice of Election to Intervene in Part for Purposes of Settlement and to Decline to Intervene in Part and Request to Unseal (Doc. 24), and this Order (Doc. 25) be unsealed;

2. all other papers or Orders on file in this matter shall remain under seal;

3. the seal be lifted on all other matters occurring in this action after the date of this Order; and that all orders of this Court shall be sent to the United States.

SO ORDERED.

DATE: December 4, 2023.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE