IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* SIDESOLVE, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> EMPIRE ROOFING, INC.; EMPIRE ROOFING COMPANIES, INC.; EMPIRE ROOFING OF OKLAHOMA, INC.; EMPIRE ROOFING AND SHEET METAL, INC.; SR DISPOSAL, LTD f/k/a EMPIRE DISPOSAL, LTD; EMPIRE ROOFING COMPANY SOUTHEAST, LLC; EMPIRE ROOFING COMPANY OF GEORGIA, LLC; RONNIE MCGLOTHLIN; SANDRA SEDILLO-MCGLOTHLIN; AND TECTA AMERICA CORP., <br><br> Defendants. | Civil Case No. 3:22-CV-2060-B |

## ORDER ON THE JOINT STIPULATION OF VOLUNTARY DISMISSAL BY THE UNITED STATES AND RELATOR

Upon consideration of the Joint Stipulation of Voluntary Dismissal by the United States and the Relator Sidesolve, LLC, pursuant to the terms of the Settlement Agreement between the parties, and for good cause shown:

**IT IS HEREBY ORDERED** that, with respect to the Relator, all claims asserted in this action are hereby dismissed with prejudice;

**IT IS FURTHER ORDERED** that, with respect to the United States, the claims asserted in this action against Defendants Empire Roofing, Inc., Empire Roofing Companies, Inc., Empire Roofing Company Southeast, LLC, Empire Roofing Company of Georgia, Inc., Empire Roofing of Oklahoma, Empire Roofing and Sheet Metal, Inc., SR Disposal, Ltd. (f/k/a Empire

-2-

Disposal, Ltd.), Ronnie McGlothlin, Sandra Sedillo-McGlothlin, and Tecta America Corp. that are included within the Covered Conduct, as defined in the Settlement Agreement, are dismissed with prejudice; all other claims asserted in this action are dismissed without prejudice as to the United States; and

**IT IS FURTHER ORDERED** that this Court retains jurisdiction over any disputes that may arise regarding the Settlement Agreement referenced herein.

**SO ORDERED.**

**SIGNED: December 7, 2023**

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE